UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3107 PA (AJWx) | Date | May 12, 2015 |
|---|---|---|---|
| Title | FTC v. Sales Slash, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

The Court has reviewed the Opposition to Preliminary Injunction filed by third-party VAS Media Group, Inc. ("VAS Media"). The Receiver shall promptly return VAS Media's documents, computers, records, and other property. If, however, any of the computers were located at the desk used by Vahe Haroutounian ("Haroutounian"), the Receiver, in its discretion, may retain any such computer.

The Court also concludes that the asset freeze does not apply to VAS Media's bank account. However, the terms of the asset freeze do prohibit Haroutounian from using, transferring, or otherwise dissipating those funds. Should the Court determine that Haroutounian or VAS Media use any of those funds for the benefit of Haroutounian without first obtaining this Court's authorization, the parties risk the institution of contempt proceedings for violating the terms of the Preliminary Injunction.

IT IS SO ORDERED.