1  JONATHAN E. NUECHTERLEIN
2  GENERAL COUNSEL

3  MATTHEW H. WERNZ
4  GUY G. WARD
   mwernz@ftc.gov
5  gward@ftc.gov
6  Federal Trade Commission
   55 West Monroe Street, Suite 1825
7  Chicago, Illinois 60603
8  Tel: (312) 960-5596; Fax: (312) 960-5600

9  RAYMOND E. MCKOWN (Cal. Bar No. 150975)
10 rmckown@ftc.gov
   Federal Trade Commission
11 10877 Wilshire Boulevard, Suite 700
12 Los Angeles, California 90024
   Tel: (310) 824-4343; Fax: (310) 824-4380
13

14 Attorneys for Plaintiff
15 FEDERAL TRADE COMMISSION

16             UNITED STATES DISTRICT COURT
17             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No. CV15-03107 PA (AJWx) |
| FEDERAL TRADE COMMISSION, | NOTICE OF STIPULATED MOTION AND STIPULATED MOTION TO STAY PROCEEDINGS AND APPLICABLE DEADLINES PENDING FEDERAL TRADE COMMISSION'S FORMAL REVIEW OF SETTLEMENT |
| Plaintiff, | |
| v. | |
| SALE SLASH, LLC, a California limited liability company, *et al.*, | |
| Defendants. | Date: January 11, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 15, Spring Street<br>Before: Hon. Judge Percy Anderson |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on January 11, 2016, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 15 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff Federal Trade Commission ("FTC") and Defendants Sale Slash, LLC, Purists Choice LLC, Optim Products LLC, Edgar Babayan, Artur Babayan, and Vahe Haroutounian ("Stipulating Defendants") will and hereby do move the Court to stay these proceedings and applicable Court deadlines in this matter pending formal review of a proposed settlement by the Federal Trade Commission.

This motion is based on this notice of motion and motion, the files and records in this case, and such further evidence and argument as may be presented at any hearing on this application.

The FTC and Stipulating Defendants have stipulated to this motion, obviating the need for further conference of counsel pursuant to Local Rule 7-3.

SO STIPULATED AND AGREED:

FOR PLAINTIFF:

/s/ Matthew H. Wernz                              Date: Dec. 14, 2015
Matthew H. Wernz
*Attorney for Plaintiff, Federal Trade Commission*

FOR STIPULATING DEFENDANTS:

/s/ Karl S. Kronenberger                          Date: Dec. 14, 2015
Karl S. Kronenberger, CA # 226112
Virginia Sanderson, CA # 240241
*Attorney for Stipulating Defendants Sale Slash, LLC, Purists Choice LLC, Optim Products LLC, Edgar Babayan, Artur Babayan, and Vahe Haroutounian*

# MOTION

Plaintiff Federal Trade Commission ("FTC") and Defendants Sale Slash, LLC, Purists Choice LLC, Optim Products LLC, Edgar Babayan, Artur Babayan, and Vahe Haroutounian (collectively, "Stipulating Defendants"), move this Court to stay the proceedings and applicable deadlines in this matter pending formal review by the five-member Federal Trade Commission of a proposed settlement between the FTC and Stipulating Defendants. In support of this motion, the FTC and Stipulating Defendants state:

1. Stipulating Defendants and FTC counsel have agreed on terms of a settlement in this case and have prepared a stipulated order signed by the Stipulating Defendants, that, if approved by the Court, would fully resolve this matter as to the Stipulating Defendants.

2. FTC counsel does not have authority to bind the FTC to the settlement. The FTC is headed by five Commissioners. Settlement of an FTC case in litigation may occur only with affirmative concurrence of a majority of the participating Commissioners. *See* 16 C.F.R. § 4.14(c).

3. FTC counsel is preparing the necessary materials to recommend that the Commissioners accept the terms of the settlement agreed to between FTC

counsel and Stipulating Defendants. FTC counsel estimates that the review process will take approximately two months.[1]

4.     Before agreeing to this settlement framework, the parties were engaged in discovery. Pursuant to the Court's scheduling order, fact discovery closes on February 1, 2016, and trial is set for April 12, 2016. (*See* Dkt. # 73.)

5.     In light of the pending settlement recommendation being considered by the Commission in this case, FTC counsel and Stipulating Defendants request that the Court stay discovery and applicable deadlines in this matter. Staying the proceedings will avoid expending unnecessary resources in discovery that will not need to be undertaken if the Commission approves the settlement in this matter. In the unlikely event that the Commission does not approve the settlement, the parties immediately would notify the Court, request that the stay be lifted, and seek an amended scheduling order.

6.     There are three additional corporate Defendants who have not stipulated to the proposed settlement: Apex Customer Care LLC, Penway LLC, and Renvee LLC. Those corporate Defendants are in default. (Dkt. # 154.) They have not appeared in the matter, have not filed responsive pleadings, and have not

---

[1]     Before being reviewed by the Commissioners, FTC counsel's recommendation also will be reviewed by the FTC's Bureau of Consumer Protection. Although the Commission is not bound by the recommendation of its staff, the Commission generally gives considerable weight to its staff's settlement recommendations.

opposed the entry of a Preliminary Injunction, including an asset freeze, against them.  They likewise have been subject to the Court-ordered Receivership for more than seven months but have not objected to that Receivership.  If the Commission approves the proposed settlement as to Stipulating Defendants, then Plaintiff would move for a default judgment against the remaining, defaulted Defendants, which, along with the proposed settlement, would resolve this case in full.

7.  Counsel for the Stipulating Defendants agrees to the stay of the Court's consideration of Defendant Vahe Haroutounian's Motion for Order Allowing Limited Release of Frozen Funds for Payment of State Taxes (the "Haroutounian Motion").  Local Rules required the FTC to file any brief in response to the Haroutounian Motion by Monday, December 14, 2015.  Thus, the FTC separately has filed an opposition to the Haroutounian Motion.  The Haroutounian Motion would be resolved by the proposed settlement.

**WHEREFORE,** the FTC and Defendants respectfully request that this Court stay the proceedings and applicable deadlines in this matter pending formal review of a proposed settlement by the Federal Trade Commission.

**SO STIPULATED AND AGREED:**

**FOR PLAINTIFF:**

/s/ Matthew H. Wernz                                    Date: Dec. 14, 2015
Matthew H. Wernz, Attorney
Federal Trade Commission, Midwest Region
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
Telephone: (312) 960-5596
Facsimile: (312) 960-5600
mwernz@ftc.gov

**FOR STIPULATING DEFENDANTS:**

/s/ Karl S. Kronenberger                                Date: Dec. 14, 2015
Karl S. Kronenberger, CA # 226112
Virginia Sanderson, CA # 240241
Kronenberger Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, California 94108
Telephone: (415) 955-1155 Ext. 114
karl@krinternetlaw.com
ginny@krinternetlaw.com
*Attorney for Stipulating Defendants Sale Slash, LLC, Purists Choice LLC, Optim Products LLC, Edgar Babayan, Artur Babayan, and Vahe Haroutounian*