Craig A. Welin (State Bar No. 138418)
cwelin@frandzel.com
Michael Gerard Fletcher (State Bar No. 70849)
mfletcher@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Permanent Receiver ROBB
EVANS & ASSOCIATES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SALE SLASH LLC, a California limited liability company; PURISTS CHOICE LLC, a California limited liability company; APEX CUSTOMER CARE LLC, a California limited liability company; PENWAY LLC, a California limited liability company; RENVEE LLC, a California limited liability company; OPTIM PRODUCTS LLC, a California limited liability company; EDGAR BABAYAN, individually; ARTUR BABAYAN, individually and as an owner and manager of SALE SLASH LLC and PURISTS CHOICE LLC; and VAHE HAROUTOUNIAN, also known as VAHEH HAROUTOUNIAN, also doing business as PRISMA PROFITS, individually and as manager of SALE SLASH LLC, and owner of OPTIM PRODUCTS LLC,<br><br>Defendants. | Case No. 2:15-cv-03107-PA-AJW<br><br>**NOTICE OF MOTION AND MOTION FOR AN ORDER APPROVING THE RECEIVER'S FINAL REPORT AND GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF BRICK KANE, CRAIG A. WELIN, AND HAL D. GOLDFLAM**<br><br>Date: April 10, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 9A, First Street Courthouse<br>Judge: Hon. Percy Anderson |

2453910.1 | 078410-0055

TO: THE HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE, ALL PARTIES IN INTEREST, AND ALL KNOWN CREDITORS:

PLEASE TAKE NOTICE that on April 10, 2017, commencing at 1:30 p.m., or as soon thereafter as the parties may be heard in Courtroom 9A of the above-entitled Court located at First Street Courthouse, 350 W. 1st Street, 9th Floor, Los Angeles, California 90012, Robb Evans & Associates LLC, the Permanent Receiver in the above-entitled action ("Receiver"), will and hereby does move the Court for an order:

1. Approving the Receivership Administration Expenses and Fund Balance From Inception (April 27, 2015) to November 30, 2016 and Estimate to Close ("Final Report"), a copy of which is attached as Exhibit 1 to the accompanying Declaration of Brick Kane ("Kane Decl."), and otherwise approving and confirming all of the actions taken by the Receiver and its accountants, attorneys, employees, and agents in connection with the Receiver's administration of the receivership estate;

2. Approving and authorizing the Receiver to pay from receivership funds the fees and expenses of the Receiver in the amount of $26,439.77 (fees in the amount of $10,572.30, plus expenses in the amount of $15,867.47), and the fees and expenses of its counsel Frandzel Robins Bloom & Csato, L.C. ("Frandzel"), in the amount of $27,014.25 (fees in the amount of $26,888.74, plus expenses in the amount of $125.51) for the period August 1, 2016 through November 30, 2016 ("Final Period"), and authorizing the Receiver to pay estimated closing fees and expenses of the Receiver and Frandzel in the total sum not to exceed $26,670.65, with any unused portion of the estimated closing fees and expenses to be distributed to Plaintiff Federal Trade Commission;

3. Authorizing and directing the Receiver, pursuant to Section X.B.9 of the Court's Preliminary Injunction entered May 12, 2015. (Dkt. No. 33), to make a *pro rata* distribution to certain pre-receivership creditors of one or more of the Receivership Defendants as specified in the Receiver's Proposed Creditor Distributions (Kane Decl.,

2453910.1 | 078410-0055                                    1

Exh. 2);

4. Authorizing and directing the Receiver to pay the remaining funds of the receivership estate in the amount of $2,993,714.66 (plus any unused portion of the estimated closing fees and expenses of the Receiver and Frandzel) to Plaintiff Federal Trade Commission;

5. Authorizing the Receiver and its professionals to abandon and/or destroy, at the expense of the receivership estate, any and all records relating to the receivership, or to this action, in the Receiver's possession, custody, or control, if not claimed by a party entitled thereto, in writing, within thirty (30) days of entry of the order; provided, however, that any party claiming such records must pay all costs of taking possession and delivery of such records, and provided, further, that if conflicting claims are made to such records within said thirty (30) days, then the Receiver will hold the records as to which such conflicting claims have been made until the claims are resolved by the Court and shall then dispose of such records as directed by the Court[1];

6. Terminating the receivership, discharging Robb Evans & Associates LLC from its duties as Receiver, and releasing Robb Evans & Associates LLC, its deputies, members, officers, agents, employees, attorneys, accountants and representatives from any and all duties, responsibilities, and liabilities in connection with the receivership estate and this action, including liabilities that were asserted and/or could have been asserted in the receivership estate and in connection with the Receiver's administration of the receivership estate effective upon the Receiver's distribution of the net fund balance of the receivership estate in the manner ordered by the Court; and

7. Providing for such other and further relief as this Court may deem just and proper

---

[1] Counsel for the Receivership Defendants has already notified that the Receivership Defendants will pick up their files, including the cabinets, from the Receiver.

2453910.1 | 078410-0055       2

1  PLEASE TAKE FURTHER NOTICE that this Motion is made pursuant to Local
2  Rules 66-7 and 66-8 and is based upon this Notice of Motion, the accompanying
3  Memorandum of Points and Authorities and Declarations of Brick Kane, Craig A.
4  Welin, and Hal D. Goldflam (and Exhibits thereto), the pleadings, records and files of
5  this case of which the Receiver requests the Court take judicial notice; and all further
6  pleadings, oral and documentary evidence and arguments of counsel as may be
7  presented by the Receiver at or before the time of the hearing on the Motion.

8  PLEASE TAKE FURTHER NOTICE that, while a copy of this Notice of Motion
9  and Motion, the accompanying Memorandum of Points and Authorities and
10 Declarations of Brick Kane, Craig A. Welin, and Hal D. Goldflam (and Exhibits
11 thereto) are posted and may be reviewed on the Receiver's website at
12 http://www.robbevans.com/find-a-case/casepage/sale-slash-LLC-et-al-receiver, each
13 party herein and all known creditors of one or more of the receivership defendants is
14 being served with a copy of same as reflected in the accompanying Proof of Service.

15 PLEASE TAKE FURTHER NOTICE that this Motion is made following the
16 conference of counsel pursuant to Local Rule 7-3. Based on the conference of counsel,
17 the Receiver is informed that none of the parties to this action intends to oppose this
18 Motion.

20 DATED: March 9, 2017      FRANDZEL ROBINS BLOOM & CSATO, L.C.
                              CRAIG A. WELIN
21                            MICHAEL GERARD FLETCHER

23                            By: /s/ Craig A. Welin
                                  CRAIG A. WELIN
24                                Attorneys for Permanent Receiver ROBB
                                  EVANS & ASSOCIATES LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2453910.1 | 078410-0055                 3